UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRETT LIVINGSTON,

        Plaintiff,

v.

HURON CLINTON METROPOLITAN
AUTHORITY,

        Defendant.

                                  /

Case No. 2:18-cv-10467

HON. STEPHEN J. MURPHY, III

## **ORDER DENYING JOINT MOTION FOR COURT APPROVAL [13]**

The parties have jointly requested that the Court approve their proposed settlement agreement. The parties, however, fail to make any arguments suggesting (1) that court approval is required; (2) what standard the Court should apply to review the settlement agreement; or (3) why the settlement agreement should be approved.[1] Because the parties did not cite any law to support their request, the Court will deny the motion. If the parties have settled, they should simply submit a stipulated proposed order dismissing the case; the proposed order should be submitted no later than 14 days after the date of this order.

    **SO ORDERED.**

                                            s/ Stephen J. Murphy, III
                                            STEPHEN J. MURPHY, III
                                            United States District Judge

Dated: July 16, 2018

---

[1] Admittedly, there appears to be a circuit split on some of these questions. *Steele v. Staffmark Investments, LLC*, 172 F. Supp. 3d 1024, 1026 (W.D. Tenn. 2016) (collecting cases). But given the primacy of statutory text over policy arguments, the Court is not convinced that an approval requirement is consistent with Federal Rule of Civil Procedure 41. If the parties can demonstrate otherwise, they may renew their motion.

2

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 16, 2018, by electronic and/or ordinary mail.

s/ David Parker
Case Manager
