UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRETT LIVINGSTON,

        Plaintiff,

v.

HURON CLINTON METROPOLITAN
AUTHORITY,

        Defendant.

Case No. 2:18-cv-10467

HON. STEPHEN J. MURPHY, III

_____/

## STIPULATED ORDER OF DISMISSAL

Pursuant to stipulation, the case is dismissed with prejudice and without costs to any party.

**SO ORDERED.**

s/Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: July 31, 2018

So Stipulated

/s Bryan Yaldou
Bryan Yaldou
Attorney for Plaintiff

s/ Charles Oxender
Charles Oxender
Attorney for Defendant

1